N THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2005-WL2, ASSET-BACKED CERTIFICATES, SERIES 2005-WL2, ITS SUCCESSORS AND/OR ASSIGNS,** | § § § § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:23-CV-745-L-BN** |
| **STEVEN CREAR, SR.; STEVEN CREAR, JR.; and FIRST NATIONAL BANK OF TEXAS,**[*] | § § § § § | |
| Defendants. | § | |

## ORDER

On February 24, 2026, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 108) was entered, recommending that the court deny Defendant Steven Crear, Sr.'s Emergency Motion to Stay Execution and Possession Pending Appeal under Federal Rule of Civil Procedure 62 ("Motion") (Doc. 104). In his Motion, Mr. Crear Sr. requests that the court stay "execution and possession" of the Property at issue "pending appeal and resolution of post-judgment motions" and "[w]aive any bond requirement or set a nominal bond amount in light of [his] financial circumstances and disability status." Doc. 104 at 9. The magistrate judge, however, determined that Mr. Crear, Sr. had not established his entitlement to the relief sought under Rule 62. No objections to the Report were filed, and the fourteen-day deadline for doing so has expired.

---

[*] First National Bank of Texas was dismissed from this action on March 27, 2025.

Order – Page 1

Having considered the Motion, file, record in this case, and Report, the court determined that the findings and conclusions of the magistrate judge are correct, **accepts** them as those of the court, and **denies** Mr. Crear, Sr.'s Motion (Doc. 104).

**It is so ordered** this 21st day of May, 2026.

_____
Sam A. Lindsay
United States District Judge

**Order – Page 2**